KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
Holli Frederick

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| HOLLI FREDERICK, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL FINANCE COMPANY, LLC, and DOES 1 through 100 inclusive, <br><br> Defendants. | CASE NO.  6:18-cv-01070 <br><br> NOTICE OF DISMISSAL OF PLAINTIFF'S COMPLAINT FOR DAMAGES: <br><br> 1. Violation of the Telephone Consumer Protection Act |

COMES NOW Plaintiff Holli Frederick an individual, and hereby requests the Court dismiss this case based upon the following.

**NOTICE OF DISMISSAL**

Holli Frederick, the Plaintiff herein, hereby dismisses the Plaintiff's Complaint for Damages: Violation of the Telephone Consumer Protection Act, with prejudice, to FRCP 41(a)(1)(A)(i), as there has been no response filed by an interested party, and the parties have reached an agreement resolving the subject matter.

**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**

Dated: August 10, 2019

*/s/ Kyle Schumacher*
Kyle Schumacher
Attorneys for Plaintiff

1