UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

HOLLI FREDERICK,

           Plaintiff,                                  Case No.  6:18-cv-1070-MC

           v.                                           JUDGMENT

CONTINENTAL FINANCE COMPANY, LLC, Does 1
thru 100 inclusive,

           Defendants.

Based upon the Notice of Voluntary Dismissal [#7], filed August 8, 2019, this action is dismissed with prejudice.

Dated:    August 12, 2019

                                                  /s/ Michael J. McShane
                                                  MICHAEL J. McSHANE
                                                  United States District Judge

JUDGMENT